UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIAN ALBERTO LOPEZ,

    Petitioner,                                      Case No.  8:10-cv-2213-T-30EAJ

vs.

SANDRA VICTORIA NARANJO-ESCOBAR,

    Respondent.
_____/

## **FINAL ORDER**

Pursuant to the March 17, 2011, Final Evidentiary Hearing on Petitioner's, Julian Alberto Lopez ("Petitioner"), Petition for Return of Child to Petitioner for the return of minor child Alvaro J. Lopez ("AJL") under the Convention on the Civil Aspects of International Child Abduction and the International Child Abduction Remedies Act, it is **ORDERED, ADJUDGED,** and **DECREED** that:

    1.    The minor child's, AJL, habitual residence and home is Colombia;

    2.    The Petitioner had joint custody rights with the Respondent, Sandra Victoria Naranjo Escobar ("Respondent") at the time and prior to the Respondent wrongfully removing AJL from Colombia;

    3.    The Respondent's removal of AJL from Colombia was wrongful;

    4.    The Petitioner currently has full custody rights of AJL;

5. The proper place for the parties to resolve the custody dispute is in AJL's habitual residence of Colombia;

6. Respondent shall turnover the minor child, AJL, and his belongings to the Petitioner on Saturday, March 19, 2011 at 11:00 a.m.  The place for the Respondent's turnover of AJL to Petitioner shall be 8920 Hamner North, Tampa, Florida 33604;

7. Petitioner shall have three (3) hours of unsupervised visitation with AJL on March 17, 2011 and another three (3) hours of unsupervised visitation on March 18, 2011 at a time to be determined by the parties;

8. The Court directs the Clerk of Court to immediately turnover AJL's travel documents, including AJL's passport, to Petitioner or Petitioner's legal representative;

9. Prior to departure for Colombia, Petitioner shall provide Respondent with the address where Petitioner and AJL reside, as well as the Petitioner's telephone number in Colombia where Respondent can contact Petitioner;

10. Petitioner shall provide Respondent with his flight information, including the date, time, airline, and flight number, for himself and AJL before leaving the United States for Colombia; and

11. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida on March 17, 2011.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE